IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THOMAS M. BEITZ,

    Petitioner,

v.                                                              4:06cv85-WS

JAMES McDONOUGH,

    Respondent.

_____

### ORDER DIRECTING TRANSFER OF CASE

Before the court is the magistrate judge's report and recommendation docketed April 6, 2006.  See Doc. 6.  The magistrate judge recommends that the action be transferred to the Southern District of Florida.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 6) is adopted and incorporated by reference in this order of the court.

2.  The clerk shall TRANSFER this action to the United States District Court for the Southern District of Florida for all further proceedings.

DONE AND ORDERED this May 8, 2006.

    /s William Stafford  
WILLIAM STAFFORD  
SENIOR UNITED STATES DISTRICT JUDGE